# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MATTHEW CAPOZZI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action File No.** |
| v. ) | **1:16-cv-04013-CAP** |
| ) | |
| **COMPASS GROUP, USA, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice his civil action against Defendant Compass Group USA, Inc.  All parties jointly stipulate to the dismissal of this action, thereby concluding this matter in its entirety.

SO STIPULATED, this the 18th day of September, 2017.

/s/ Louis R. Cohan
Louis R. Cohan
GA Bar No. 173357
Ariel D. Fenster
GA Bar No. 420858
Attorneys for Plaintiff

Cohan Law Group, LLC
3340 Peachtree Road, Suite 2570
Atlanta, Georgia 30326

(404) 891-1770 *telephone*
(404) 891-5094 *facsimile*
lcohan@cohanlawgroup.com

                    /s/ M. Travis Foust
                    M. TRAVIS FOUST
                    Georgia Bar No. 104996
                    ***Counsel for Defendant***

Parks, Chesin & Walbert, P.C.
75 14th Street N.E., 26th Floor
Atlanta, Georgia 30309
(404) 873-8000 *telephone*
(404) 873-8050 *facsimile*
tfoust@pclawfirm.com